# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT



ERNEST ENAX,

Appellant

v.

COMMISSIONER OF THE INTERNAL REVENUE SERVICE,

Appellee

---

### APPELLANT'S MOTION TO FILE HIS REPLY BRIEF OUT OF TIME

---

Appellant in the above titled appeal moves this Court for leave to file his reply brief out of time, and states in support of this motion:

1. Appellant's brief was due to be filed April 2, 2012.

2. Appellant sent, previous to April 2, 2012, a motion styled "Appellant's Motion for a Fourteen Day Extension of Time to File the Appellant's Reply Brief" which was denied, being that styled as such, was not timely filed. Having been informed of this denial, a call was made to Court Clerk Joe Caruso inquiring as to the proper procedure to file said brief late. Enax was informed that the proper procedure was to file his reply briefs with a motion such as this, together. Then

the Judge would consider granting leave to file the reply briefs out of time.

3. Appellant Ernest Enax is a *pro se* litigant and must rely upon others to assist him in the research and brief preparation necessary for this case.

4. Appellant is an elderly person, and going to the law library is a very arduous task. Since Enax is not a seasoned attorney, it took more time to conduct the research necessary to prepare a Reply Brief to properly address the complex, important issues involved.

5. Appellee, by his attorneys, filed a motion for an extension of time to file its Response Brief. Enax never objected to this, and the Appellee's motion was granted. See Docket entries of February 16, 2012 and February 21, 2012.

6. Granting this Appellant's Motion to File His Reply Brief Out of Time in no way prejudices the interests of the Appellee.

WHEREFORE, the Appellant prays this Court grant leave to file his Appellant's Reply Brief out of time.

Respectfully submitted this 12th day of April, 2012.

Ernest Enax, Appellant *pro se*
6319 12th St. N.
St. Petersburg, Florida 33702

## CERTIFICATE OF SERVICE

I, Ernest Enax, am over the age of 21 and hereby certify that I have this day sent one original and three copies of:

1. "Appellant's Motion to File His Reply Brief Out of Time; and,

2. Certificate of Service…

to the Clerk of the United States Court of Appeals for the 11th Circuit.

I have also sent one copy of the aforementioned documents, to the party indicated hereinafter, via the United States Postal Service, postage having been paid in full, on this 12th day of April, 2012.

Sara Ann Ketchum, U. S. Atty.
Appellate Sec./US DOJ
P. O. Box 502
Washington, D. C. 20044

_____
Ernest Enax
6319 12th St. N.
St. Petersburg, Florida 33702

Office of the Clerk
U.S. Court of Appeals for the 11th Cir.
56 Forsyth Street N.W.
Atlanta, GA 30303.