

No. 11-11007-C

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT



ERNEST ENAX,

Appellant

v.

COMMISSIONER OF THE INTERNAL REVENUE SERVICE,

Appellee

---

### APPELLANT'S MOTION FOR LEAVE TO FILE APPELLANT'S MOTION FOR REHEARING, OPINION FILED MAY 24, 2012

---

COMES NOW Ernest Enax, Appellant *pro se*, and moves this Court for leave to file his Motion for Rehearing, Opinion Filed May 24, 2012, for the reasons indicated hereinafter.

Any motion for rehearing or motion for en banc hearing is supposed to be filed within forty five (45) days from the date an Opinion is filed, when the United States is a party of an appeal. This means that any motion for a rehearing filed by Appellant Ernest Enax ("Enax") should have been at the clerk's office on Monday, July 9, 2012.

Enax filed such a motion, which was received by the clerk of this Court, as evidenced by a phone call said Clerk made to Enax telling him that his motion for rehearing was received one day late.  This clerk said that Enax should file a motion for leave to file his Appellant's Motion for Rehearing citing any compelling reasons thus warranting that it be deemed as timely filed.

Enax sent his Appellant's Motion for Rehearing via "Express Mail" through the United States mails on Friday, July 6, 2012.  A copy of the US Postal Service "track and confirm" verifies that this has been done.  See Exhibit A: Track and Confirm printout from the official USPS website.  Delivery was also guaranteed on Monday, July 9, 2012 at 3:00 pm to the clerk's office.  However, this item was not delivered until Tuesday, July 10, 2012. The attached exhibit shows all this.

Since it was through no fault on the part of Enax that said Motion for Rehearing was filed one day late – it took the "Express Mail" service four days to deliver the item to the Clerk's office – Enax prays that this Court will deem his Appellant's Motion for Rehearing as timely filed; he asks for leave to file said Motion for Rehearing out of time.

WHEREFORE, Appellant prays that this Court grant leave for Appellant Enax to file his Appellant's Motion for Rehearing out of time – one day late; and deem it as having been timely filed.

Respectfully submitted this 13th day of July, 2012.

Ernest Enax
6319 12th St. N.
St. Petersburg, Florida 33702

## CERTIFICATE OF SERVICE

The undersigned hereby certify that, on this 13th day of July, 2012, a copy of the foregoing document, "Appellant's Motion for Leave to File Appellant's Motion for Rehearing, Opinion filed May 24, 2012," with Certificate of Service, was sent to the party indicated hereinafter, postage having been paid in full, via the United States Postal Service.

Further, the signed original of "Appellant's Motion for Leave to File Appellant's Motion for Rehearing, Opinion filed May 24, 2012," with three exact copies thereof, with Certificate of Service, were sent on this 13th day of July, 2012, to the Clerk of the US Court of Appeals — 11th Cir.

Sara Ann Ketchum, Atty.
USDOJ/Tax Division
Post Office Box 502
Washington, DC  20044

_____
Ernest Enax
6319 12th St. N.
St. Petersburg, Florida  33702

*Also sent to:*
    Clerk, U.S. Court of Appeals for the 11th Cir.
    56 Forsyth Street N.W.
    Atlanta, GA 30303

English    Customer Service    USPS Mobile                                    Register / Sign In

# USPS.COM

Search USPS.com or Track Packages

Quick Tools         Ship a Package    Send Mail    Manage Your Mail    Shop    Business Solutions

## Track & Confirm

GET EMAIL UPDATES    PRINT DETAILS

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| EH427944340US | Express Mail® | Delivered | July 10, 2012, 11:56 am | ATLANTA, GA 30334 | Guaranteed By: July 9, 2012, 3:00 PM<br>Proof of Delivery |
| | | Notice Left (No Authorized Recipient Available) | July 10, 2012, 10:30 am | ATLANTA, GA 30303 | |
| | | Arrival at Post Office | July 10, 2012, 10:29 am | ATLANTA, GA 30303 | |
| | | Depart USPS Sort Facility | July 10, 2012 | ATLANTA, GA 30320 | |
| | | Processed through USPS Sort Facility | July 10, 2012, 8:16 am | ATLANTA, GA 30320 | |
| | | Processed through USPS Sort Facility | July 07, 2012, 9:56 am | ROUND TOP, NY 12473 | |
| | | Acceptance | July 07, 2012, 9:50 am | ROUND TOP, NY 12473 | |

**Check on Another Item**

What's your label (or receipt) number?

Find

| LEGAL | ON USPS.COM | ON ABOUT.USPS.COM | OTHER USPS SITES |
|---|---|---|---|
| Privacy Policy › | Government Services › | About USPS Home › | Business Customer Gateway › |
| Terms of Use › | Buy Stamps & Shop › | Newsroom › | Postal Inspectors › |
| FOIA › | Print a Label with Postage › | Mail Service Updates › | Inspector General › |
| No FEAR Act EEO Data › | Customer Service › | Forms & Publications › | Postal Explorer › |
| | Site Index › | Careers › | |

Copyright© 2012 USPS All Rights Reserved.