# IN THE UNITED STATES COURT OF APPEALS

## FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

JUL 1 8 2012

JOHN LEY
CLERK

No. 11-11007-CC

ERNEST ENAX,

Plaintiff - Appellant,

versus

COMMISSIONER OF IRS,

Defendant - Appellee.

----------------------------

On Appeal from the United States District Court for the
Middle District of Florida

----------------------------

O R D E R :

The Appellant's motion for leave to file a petition for rehearing out of time is granted.

_____
UNITED STATES CIRCUIT JUDGE