# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

July 18, 2012

Ernest Enax
6319 12TH ST N
SAINT PETERSBURG, FL 33702

Appeal Number: 11-11007-CC
Case Style: Ernest Enax v. Commissioner of IRS, et al
District Court Docket No: 8:10-cv-02652-RAL-TBM

The following action has been taken in the referenced case:

The enclosed order has been ENTERED.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Joe Caruso
Phone #: (404) 335-6177

MOT-2 Notice of Court Action